UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. MATTHEW LAWRENCE TAFOYA           Docket Number: 06-cr-00132-MSK-01

**Petition on Supervised Release**

  COMES NOW, James Murphy, probation officer of the court, presenting an official report upon the conduct and attitude of MATTHEW LAWRENCE TAFOYA, who on February 17, 2005, was sentenced in the Republic of Mexico to a ten (10) year term of imprisonment and said sentence became final on March 31, 2005. On September 19, 2005, the defendant was transferred from the Republic of Mexico to the U.S. Parole Commission as part of the International Treaty Exchange Program. The Transfer Treaty Determination dated April 3, 2006, reflected a release date after the service of 28 months, with 36 months of supervised release to follow and imposed the general terms and conditions and also imposed special conditions and terms as follows:

1. You shall be subject to the Special Mental Health Aftercare Condition that requires that you participate in an in-patient or an out-patient mental health program as directed by your U.S. Probation Officer.

The defendant was released from the Bureau of Prisons on June 24, 2006, and the case was assigned to the Honorable Marcia S. Krieger.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

The probation officer requests a modification of the defendant's conditions of supervised release as more particularly described in the attachment which is incorporated by reference.

PRAYING THAT THE COURT WILL ORDER a modification of the defendant's conditions of supervised release to include a condition requiring the defendant to participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 31st day of May, 2007, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ James M. Murphy
James M. Murphy
Probation Officer

s/Marcia S. Krieger
Marcia S. Krieger
United States District Judge

Place: Colorado Springs, Colorado

Date: May 30, 2007

ATTACHMENT

On June 29, 2006, the conditions of supervised release were read and explained to the defendant. On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided with a copy of them. The term of supervised release commenced on June 24, 2006.

On May 15, 2007, and May 21, 2007, respectively, the defendant and his attorney executed a form entitled "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision" which waives the right to a hearing and agrees to the proposed modification of the conditions of supervised release. AUSA Jim Allison has been consulted and has no objection to the proposed modification.

The defendant has recently tried to commit suicide and was admitted into Memorial Hospital, Colorado Springs, following his attempt. The defendant had taken a combination of illegal substances and prescribed medications in his attempt to commit suicide.

The defendant has admitted to the ongoing use of methamphetamine. He has admitted to the use of illegal substances to both myself and his mental health counselor, Justin Lincoln, at Confidential Health Consultants, Colorado Springs.

Based on the foregoing, I believe the defendant has demonstrated through his actions that he requires an additional condition for substance abuse treatment and testing.