# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  06-cr-00132-MSK-01 |
| | USM Number:  60115-180 |
| MATTHEW LAWRENCE TAFOYA | Edward A. Pluss, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1, 2, 3, 4, 5 and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 03/11/09 |
| 2 | Possession and Use of a Controlled Substance | 05/11/09 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 30, 2009
_____
Date of Imposition of Judgment


/s/ Marcia S. Krieger
_____
Signature of Judge


Marcia S. Krieger, U.S. District Judge
_____
Name & Title of Judge


November 16, 2009
_____
Date

DEFENDANT:  MATTHEW LAWRENCE TAFOYA
CASE NUMBER:  06-cr-00132-MSK-01                                          Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 05/20/09 |
| 4 | Possession and Use of a Controlled Substance | 06/15/09 |
| 5 | Possession and Use of a Controlled Substance | 08/02/09 |
| 6 | Possession and Use of a Controlled Substance | 09/18/09 |

DEFENDANT:  MATTHEW LAWRENCE TAFOYA
CASE NUMBER:  06-cr-00132-MSK-01                                    Judgment-Page 3 of 3

## CURRENT TERM OF SUPERVISED RELEASE

The supervised release currently in place will continue through the five weeks at the halfway house and the Court requires defendant to participate in the drug treatment programs.  At the conclusion of that five weeks, supervised release will be revoked (terminated) and defendant will be incarcerated within the Bureau of Prisons.

## IMPRISONMENT

At the conclusion of five weeks at the halfway house, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of three (3) months. No supervision to follow term of imprisonment.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons at the conclusion of the five week period at the halfway house; on or before December 4, 2009.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
**UNITED STATES MARSHAL**

By_____
**Deputy United States Marshal**